IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRWIN AND SANDRA LANKFORD, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>BILTBEST PRODUCTS, INC., et al., <br><br>Defendants. | CASE NO. 2:05-CV-1147-MCE-PAN <br>(Assigned to Hon. Morrison C. England, Jr.) <br><br>**ORDER OF JUDGMENT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68** |

    This action having been commenced on February 14, 2005, and Defendants Biltbest of California, Inc. and U.S. Industries, Inc., having appeared in this action, and pursuant to Federal Rules of Civil Procedure, Rule 68, having offered by notice in writing served on plaintiffs to permit judgment against themselves for the amount of $25,000.00, which sum shall include attorneys' fees and costs available under all local, state and federal statutes accrued to date and otherwise recoverable in this action, and the plaintiffs having duly accepted defendants' offer by notice in writing served upon defendant within ten [10] days thereafter; and the offer and notice of acceptance together with proof of service thereof having been filed;

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6   IT IS ORDERED AND ADJUDGED that Durrwin and Sandra Lankford, individual plaintiffs, have judgment against Biltbest of California, Inc. and U.S. Industries, Inc., defendants, jointly and severally, the sum of $25,000.00, a sum which shall include all attorneys' fees and costs available under all local, state and federal statutes accrued to date and otherwise recoverable in this action.

7   DATED: March 21, 2006

8
9   _____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com